UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HENRY KWONG, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CARDINAL FINANCIAL CORP., BERNARD H. CLINEBURG, BUDDY G. BECK, MICHAEL A. FARCIA, WILLIAM E. PETERSON, STEVEN M. WILTSE, WILLIAM J. NASSETTA, SIDNEY O. DEWBERRY, WILLIAM G. BUCK, J. HAMILTON LAMBERT, ALICE M. STARR, BARBARA B. LANG, AND UNITED BANKSHARES, INC.,<br><br>              Defendants. | C.A. No. 1:17-cv-00005-JCC-JFA |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P., the Plaintiff hereby gives notice of dismissal of the foregoing action. No party-defendant to this cause has been formally served with process, and no party-defendant has filed an answer or a motion for summary judgment.

WHEREFORE, the Plaintiff gives this notice of dismissal and requests that the Court remove this cause from the Court's active docket.

Dated:  January 3, 2017    Respectfully Submitted,

               /s/ Elizabeth K. Tripodi_____
              ELIZABETH K. TRIPODI (VSB #73483)
              LEVI & KORSINSKY LLP
              1101 30th Street, N.W., Suite 115
              Washington, D.C. 20007
              Telephone: (202) 524-4290
              Facsimile: (202) 333-2121
              Email: etripodi@zlk.com

              *Attorneys for Plaintiff*